Michael D. Mortenson, State Bar No. 247758
 mmortenson@mortensontaggart.com
Riahna A, Bacchus. State Bar No. 329083
 rbacchus@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
300 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Plaintiff
SLAYER FOREVER LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAYER FOREVER LLC dba BUBS NATURALS,<br><br>              Plaintiff,<br><br>v.<br><br>AUSSIE BUBS, INC., BUBS IP PTY LTD.; and DOES 1-10 inclusive,<br><br>              Defendants. | Case No.: **'22 CV 1385 BAS DEB**<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114;**<br>**(2) FALSE DESIGNATION/UNFAIR COMPETITION – 15 U.S.C. § 1125(a);**<br>**(3) UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200 Et Seq.;**<br>**(4) COMMON LAW TRADEMARK INFRINGEMENT;**<br>**(5) UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA COMMON LAW;**<br>**(6) INTENTIONAL MISREPRESENTATION.** |

COMPLAINT

Plaintiff Slayer Forever, LLC dba Bubs Naturals alleges as follows:

## NATURE OF THE ACTION

1.      Slayer Forever, LLC dba Bubs Naturals ("SFL") brings this action against Defendants Bubs IP Pty Ltd and Aussie Bubs, Inc. (collectively "Defendants") for their unauthorized, unlawful and use of infringing versions of SFL's trademarks.

2.      This unauthorized use of infringing versions of SFL's name and marks, (i) infringes SFL's federally registered marks, (ii) presents an immediate threat to the goodwill developed under SFL's marks, and (iii) creates customer confusion as to the source and sponsorship of the goods offered.

3.      Defendants have ignored and continue to ignore SFL's requests that they discontinue using mark which are confusingly similar to SFL's Marks (defined below).

4.      Accordingly, SFL now seeks an injunction ordering, among other things, Defendants to immediately stop infringing upon SLF's valuable and well-known marks. SFL also seeks damages for Defendants' blatant acts of trademark infringement and other misconduct detailed herein.

## JURISDICTION AND VENUE

5.      This Court has original subject matter jurisdiction over the case pursuant to the provisions of the Lanham Act, 15 U.S.C § 1051, et seq., 15 U.S.C. §§ 1121 and 28 U.S.C. §§ 1331 and 1338. This Court also has supplemental jurisdiction over SFL's claims that arise under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b) and 1367.

6.      The United States District Court for the Southern District of California is the proper venue for this action pursuant to U.S.C. § 1391(b), as a substantial part of the events giving rise to this action occurred in this District.

## THE PARTIES

7.      SFL is a Delaware limited liability company with its principal place of business at Encinitas, California.

COMPLAINT

8.      Defendant Aussie Bubs, Inc. is a Delaware corporation with its principal place of business in San Francisco, California.

9.      Defendant Bubs Pty Ltd is a proprietary limited company formed under the laws of Australia.

10.     SFL is unaware of the true names and capacities of Defendants named Does 1 through 10 and therefore sues these Defendants by fictitious names. Each of the Doe Defendants is and was responsible or liable in whole or in part for the acts and omissions alleged in this Complaint.

11.     At all times mentioned herein, Defendants, and each of them, were the agents, servants and employees of each of the remaining Defendants and were, in doing the things complained of, acting within the scope of their agency and/or employment, and acting with the full knowledge or subsequent ratification of their principals or employers.

## FACTUAL BACKGROUND

### A.    SFL's Operations and Marks

12.     SFL is a health and wellness dietary and nutrition company that manufactures and sells dietary and nutritional supplements.

13.     At all times herein relevant, SFL has continually used the mark BUBS NATURALS, in connection with the marketing and sale of its dietary and nutritional food goods, through wholesale and direct to consumer sales channels, and in connection with the operation and promotion of the SFL business.

14.     SFL owns the following United States Trademark Registrations and Pending Trademark Applications marks ("SFL Marks"):

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| 87439568 | 5482431 | **BUBS** | Class 5: dietary and nutritional supplements |

- 2 -

COMPLAINT

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| (5-6-2017) | (5-29-2018) | **NATURALS** | made in whole or substantial part of natural ingredients |
| 90208126 (9-24-2020) | 6372310 (6-1-2021) | **BUBS NATURALS** | Class 7: electric mixers |
| 88716970 (12-5-2019) | | **BUBS BREW** | Class 30: coffee; coffee-based beverages; coffee pods; instant coffee; coffee-based beverages containing nutritional supplements |
| 88716963 (12-5-2019) | | **BUBS BREW** | Class 5: dietary and nutritional supplements; powdered nutritional supplement drink mix; coffee flavored nutritional supplements |
| 97147493 (11-29-2021) | | **BUBS NATURALS** | Class 5: (Based on Use in Commerce) Dietary and nutritional supplements; Dietary and nutritional supplements containing in whole or substantial part of natural ingredients; Powdered nutritional supplement drink mix containing electrolytes, vitamins, minerals, protein and/or collagen(Based on Intent to Use) Beverages containing coffee, vitamins, minerals and/or protein for use as a nutritional supplement; Dietary supplemental drinks in the nature of vitamin and mineral beverages; Meal replacement bars adapted for medical use; Meal |

COMPLAINT

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| | | | replacement bars for weight loss purposes; Powdered nutritional supplement drink mix; Vitamin and mineral supplements; Vitamin and mineral supplements for mixing with water, coffee, drinks, smoothies and dog food; Nutritional supplement meal replacement bars for boosting energy; Vitamins and dietary food supplements for animals |
| 97147490 (11-29-2021) | | **BUBS NATURALS** | Class 30: Coffee; Cereal based energy bars; Chocolate-based meal replacement bars; Coffee pods; Coffee and coffee substitutes; Coffee based beverages; Coffee drinks; Coffee-based drinks; Coffee-based iced beverages; Iced coffee; Instant coffee; Protein-enriched coffee |
| 97147138 (11-29-2021) | | **BUBS NATURALS** | Class 29: Coffee creamer; Creamers for beverages; Dairy-based beverages; Dairy-based food beverages; Dairy-based powders for making dairy-based food beverages and shakes; Milk-based beverage containing coffee; Milk-based beverages with chocolate; Milk-based energy drinks; Non-dairy creamer; Beverages having a milk base |
| 97147128 (11-29- | | **BUBS NATURALS** | Class 32: Drinking water with vitamins; Flavored waters; Mineral and aerated water; |

- 4 -

COMPLAINT

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| 2021) | | | Spring water; Water beverages; Aerated water; Bottled water; Drinking water; Flavor enhanced water; Mineral water; Sparkling water; Tonic water |
| 0201394 (9-22-2020) | | BUBS NATURALS | Class 35: (Based on Use in Commerce) Wholesale and retail store services featuring Nutritional Supplements, Electric mixers, Books, Mugs, Beverage Containers, Apparel, Hats, Tote bags; On-line wholesale and retail store services featuring Nutritional Supplements, Electric mixers, Books, Mugs, Beverage Containers, Apparel, Hats, Tote bags(Based on Intent to Use) Wholesale and retail store services featuring Powdered nutritional supplement drink mix, Powdered nutritional supplement concentrate, coffee flavored nutritional supplements, coffee, coffee-based beverages, coffee pods, instant coffee, coffee-based beverages containing nutritional supplements, Pre-packed food products, namely, meal replacement bars being nutritional supplements for wellness and fitness, and nutritional supplement energy bars, Coffee creamer, Non-dairy creamer, Creamers for beverages, Dairy-based beverages, Milk-based beverages, |

- 5 -

COMPLAINT

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| | | | Milk substitute-based beverages, vitamin and mineral supplements, Tonic water, spring water, mineral water, drinking water, mineral and aerated waters, flavored water, drinking waters, water beverages, bottled water, flavor enhanced water, mineral, vitamin, and nutritionally enhanced drinking water for wellness, beauty and fitness, nutritionally enhanced beverages for wellness, beauty and fitness, Nutritional supplements for animals, Edible dog treats; On-line wholesale and retail store services featuring Powdered nutritional supplement drink mix, Powdered nutritional supplement concentrate, coffee flavored nutritional supplements, coffee, coffee-based beverages, coffee pods, instant coffee, coffee-based beverages containing nutritional supplements, Pre-packed food products, namely, meal replacement bars being nutritional supplements for wellness and fitness, and nutritional supplement energy bars, Coffee creamer, Non-dairy creamer, Creamers for beverages, Dairy-based beverages, Milk-based beverages, Milk substitute-based beverages, vitamin and |

- 6 -

| Serial Number (Filing Date) | Reg. Number (Reg. Date) | Mark | Goods/Services |
|---|---|---|---|
| | | | mineral supplements, Tonic water, spring water, mineral water, drinking water, mineral and aerated waters, flavored water, drinking waters, water beverages, bottled water, flavor enhanced water, mineral, vitamin, and nutritionally enhanced drinking water for wellness, beauty and fitness, nutritionally enhanced beverages for wellness, beauty and fitness, Nutritional supplements for animals, Edible dog treats |

Printouts from the United States Patent & Trademark Office's Online Database of SFL's registration and pending application are attached hereto as **Exhibit A**.

15.     Since its first use in 2017, SFL's BUBS NATURALS mark has become associated with the high quality dietary and nutritional supplements and related goods. SFL's BUBS NATURALS mark is well known and a trusted brand within the fitness and health communities, as well as in the dietary and nutritional supplement market.

16.     SFL markets and promotes, and/or has an intention to market and promote, its collagen products and other related goods branded with the SFL Marks, to a variety of health-conscious individuals, specifically including new and expectant mothers. SFL's branded products been featured on pregnancy and new mother fitness sites such as www.birthfit.com and www.medschoolformoms.com. In addition, one of the founders of SFL has appeared as a guest on "The 'Doctor Mom' Podcast" to promote SFL's brand and discuss how collagen supports both the prenatal and postpartum health of mothers. Moreover, several prominent "mommy influencers," including, Miranda

COMPLAINT

Acarza, Molly Volmer, Steph Greunke and Dr. Elana Roumell, with over half a million social media followers combined, endorse and promote the SFL brand.

17.      SFL Marks have become valuable assets of substantial and inestimable worth to SFL as a symbol of quality dietary and nutritional supplements, including its reputation of overall health and wellness.

18.      SFL has a vital economic interest in protecting its name and SFL Marks. The preservation and protection of its name and marks are essential to the maintenance of the quality of SFL products and the goodwill and reputation associated with them.

### B.      Defendants' Infringement

19.      Defendants are in the business of manufacturing and selling baby formula and nutritional supplements in Australia under marks BUBS, BUBS ORGANIC, VITA BUBS, AUSSIE BUBS, and AUSSIE BUBS GENTLE ("Defendants' Marks").

20.      On February 2, 2021, Defendants emailed SFL stating that it had no intention of selling its goods the United States market under the BUBS mark.

21.      On February 14, 2021, SFL responded to Defendants' email suggesting Defendants rename or rebrand its goods if it did intend to sell or distribute its products within the United States.

22.      Around June 2022, SFL learned that Defendants planned to sell and distribute its baby formula products in the United States using the BUBS mark on its products. Defendants' planned sale and distribution coincided with the United States government's efforts to procure baby formula to address a national shortage caused by the closure of a baby formula plant within the United States. SFL supported the government's efforts to help parents by procuring additional baby formula from international sources—indeed, many of SFL's customers are new parents—however, SFL still sought ways to support the availability of the baby formula in the United States marketplace without infringing on its valuable trademarks.

COMPLAINT

23.     On June 8, 2022, SFL emailed Defendants to address their current and planned sale and distribution into United States sales channels and the resulting infringement upon SFL Marks, and offered to enter into a royalty-free license that would run through the United States Food and Drug Administration's enforcement discretion policy period, ending in November 2022, and requested Defendants cease using SFL Marks after November 2022.

24.     Astonishingly on June 21, 2022, Defendants sent a letter to SFL in response to its June 8, 2022, email declining SFL's royalty-free license agreement and stating it will not cease using the BUBS nor the AUSSIE BUBS marks.

25.     Defendants have and continue to use the nearly identical BUBS and AUSSIE BUBS marks without SFL's authorization, and without a license, and now sells and markets its products in the United States, including in the same sales channels SFL sells its products into, and to the same customers to whom SFL sells its products.

26.     Defendants continued use of, and failure to cease using, the BUBS and AUSSIE BUBS marks, despite SFL's repeated demands and offer to provide a use license, directly violates SFL's statutory and common law intellectual property rights.

27.     Defendants unauthorized use of Defendants' Marks is likely to create customer confusion within the United States as to the source, sponsorship or affiliation of Defendants' infringing products with SFL.

28.     The acts of Defendants complained of hereinabove are unlawful, willful and knowingly performed with the intent and result of injuring SFL.

29.     Accordingly, SFL now seeks an injunction ordering, among other things, that Defendants immediately stop any and all use of Defendants' Marks, or any variation thereof. SFL also seeks damages for Defendants' blatant and intentional acts of infringement and an award of reasonable attorney fees and costs.

COMPLAINT

C. __Defendants' Trademark Filings__

30.    Beginning in October of 2020, and long after SFL filed for and/or commenced use of SFL Marks, Defendant Bubs IP Pty Ltd began filing U.S. trademark applications for Defendants' Marks, including:

a.    On October 19, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90263491 for the mark BUBS ORGANIC in connection with "Babies' beverages, namely, infant formula; babies' food; dried milk powder being food for babies; dried milk preparations being food for babies; dried milk products being food for babies; food for babies; foodstuffs for babies; milk powder for alimentary purposes for babies; milk powder for babies; milk powder for foodstuffs for babies; milk powder for nutritional purposes for babies; milk powders in the nature of foodstuff for babies; snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; teething rusks for babies; all of the foregoing goods being organic" in International Class 5; "Goat's milk; powdered milk; cows' milk; dairy products in powder form, namely, milk powder; fruit-based snack food; vegetable-based prepared snacks made from fresh vegetables; milk drinks, namely, milk-based energy drinks and milk drinks containing fruits; fruit- and vegetable-based prepared snack bars; cooked or processed fruits; preserved, dried, cooked or processed vegetables including vegetable mixes; organic snack foods consisting predominantly of fruits or vegetables not included in other classes, being organic fruit and vegetable-based snacks and organic fruit and vegetable-based bars; all of the foregoing goods being organic" in International Class 29; and "Breakfast cereals; cereal based snack food; cereal breakfast foods, namely, breakfast cereals and cereal bars; porridge oats, namely, steal cut oats and rolled oats; food products containing

- 10 -

cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; snack foods consisting of a grain, quinoa, rice, corn, cereal, oats or combinations, namely, grain-based snack food, quinoa-based snack food, rice-based snack food, corn-based snack food, cereal-based snack food, oat-based snack food, and snack mix consisting primarily of cereal and oats; prepared meals made predominately of rice; biscuits; all of the foregoing goods being organic" in International Class 30.

b.      On October 19, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90263502 for the mark BUBS ORGANIC (Stylized) in connection with "Babies' beverages, namely, infant formula; babies' food; dried milk powder being food for babies; dried milk preparations being food for babies; dried milk products being food for babies; food for babies; foodstuffs for babies; milk powder for alimentary purposes for babies; milk powder for babies; milk powder for foodstuffs for babies; milk powder for nutritional purposes for babies; milk powders in the nature of foodstuff for babies; snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; teething rusks for babies; all of the foregoing goods being organic" in International Class 5; "Goat's milk; powdered milk; cows' milk; dairy products in powder form, namely, milk powder; fruit-based snack food; vegetable-based prepared snacks made from fresh vegetables; milk drinks, namely, milk-based energy drinks and milk drinks containing fruits; fruit- and vegetable-based prepared snack bars; cooked or processed fruits; preserved, dried, cooked or processed vegetables including vegetable mixes; organic snack foods consisting predominantly of fruits or vegetables not included in other classes, being organic fruit and vegetable-based snacks and organic fruit

COMPLAINT

and vegetable-based bars; all of the foregoing goods being organic" in International Class 29; and "Breakfast cereals; cereal based snack food; cereal breakfast foods, namely, breakfast cereals and cereal bars; porridge oats, namely, steal cut oats and rolled oats; food products containing cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; snack foods consisting of a grain, quinoa, rice, corn, cereal, oats or combinations, namely, grain-based snack food, quinoa-based snack food, rice-based snack food, corn-based snack food, cereal-based snack food, oat-based snack food, and snack mix consisting primarily of cereal and oats; prepared meals made predominately of rice; biscuits; all of the foregoing goods being organic" in International Class 30.

c.   On October 19, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90263528 for the mark BUBS (Stylized) in connection with "Baby food; dried milk powder being food for babies; milk foods for infants; milk powder for babies; milk powder for nutritional purposes for babies; powdered milk foods for infants; babies' beverages, namely, infant formula; babies' food; food for babies; cereals for babies; snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; teething rusks for babies" in International Class 5; "Fruit-based snack food; vegetable-based prepared snacks made from fresh vegetables; goat's milk; milk drinks, namely, milk-based energy drinks and milk drinks containing fruits; powdered milk; cow's milk; dairy products in powder form; namely, milk powder; fruit- and vegetable-based prepared snack bars; cooked or processed fruits; preserved, dried, cooked or processed vegetables including vegetable mixes; organic snack foods consisting predominantly of fruits or vegetables not included in other classes, being

COMPLAINT

organic fruit and vegetable-based snacks and organic fruit and vegetable-based bars" in International Class 29; and "Breakfast cereals; cereal-based snack food; food products containing cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; porridge oats, namely, steal cut oats and rolled oats; snack foods consisting of a grain, quinoa, rice, corn, cereal, oats or combinations, namely, grain-based snack food, quinoa-based snack food, rice-based snack food, corn-based snack food, cereal-based snack food, oat-based snack food, and snack mix consisting primarily of cereal and oats; prepared meals made predominantly of rice; biscuits" in International Class 30.

d.   On October 19, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90263509 for the mark BUBS in connection with "Baby food; dried milk powder being food for babies; milk foods for infants; milk powder for babies; milk powder for nutritional purposes for babies; powdered milk foods for infants; babies' beverages, namely, infant formula; babies' food; food for babies; cereals for babies; snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; teething rusks for babies" in International Class 5; "Fruit-based snack food; vegetable-based prepared snacks made from fresh vegetables; goat's milk; milk drinks, namely, milk-based energy drinks and milk drinks containing fruits; powdered milk; cow's milk; dairy products in powder form; namely, milk powder; fruit- and vegetable-based prepared snack bars; cooked or processed fruits; preserved, dried, cooked or processed vegetables including vegetable mixes; organic snack foods consisting predominantly of fruits or vegetables not included in other classes, being organic fruit and vegetable-based snacks and organic fruit and vegetable-based bars" in International Class 29; and "Breakfast cereals; cereal-based

COMPLAINT

snack food; food products containing cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; porridge oats, namely, steal cut oats and rolled oats; snack foods consisting of a grain, quinoa, rice, corn, cereal, oats or combinations, namely, grain-based snack food, quinoa-based snack food, rice-based snack food, corn-based snack food, cereal-based snack food, oat-based snack food, and snack mix consisting primarily of cereal and oats; prepared meals made predominantly of rice; biscuits" in International Class 30.

e.   On October 22, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90271657 for the mark VITA BUBS (Stylized) in connection with "Vitamins; vitamin preparations, vitamin preparations in tablet form, vitamin tablets; dietary food supplements, food supplements for medical purposes, medicated food supplements, vitamin preparations in the nature of food supplements; children's chewable vitamin, mineral and herbal supplements; children's vitamin in liquid or drop form; vitamin supplement; colostrum nutritional supplements; dried milk colostrum powder; probiotic bacterial formulations for medical use, probiotic bacterial preparations for medical use; nutritional supplements, namely, milk calcium concentrate; edible fish oil for medical purposes, pharmaceutical preparations containing fish oil for supporting brain health, cognitive function, eye health and nervous system health; mineral food supplements, mineral preparations for use as nutritional additives to foodstuffs for humans; milk nutritional supplement in chewable or tablet form; milk nutritional supplement in liquid or drop form; milk powder for babies; milk powder for nutritional purpose for babies" in International Class 5; and "Edible fish oil; goat's milk; cows' milk; powdered milk; milk

COMPLAINT

products in chewable or liquid form, namely, milk curds and cultured milk" in International Class 29.

f.     On October 22, 2020, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90271978 for the mark VITA BUBS in connection with "Vitamins; vitamin preparations, vitamin preparations in tablet form, vitamin tablets; dietary food supplements, food supplements for medical purposes, medicated food supplements, vitamin preparations in the nature of food supplements; children's chewable vitamin, mineral and herbal supplements; children's vitamin in liquid or drop form; vitamin supplement; colostrum nutritional supplements; dried milk colostrum powder; probiotic bacterial formulations for medical use, probiotic bacterial preparations for medical use; nutritional supplements, namely, milk calcium concentrate; edible fish oil for medical purposes, pharmaceutical preparations containing fish oil for supporting brain health, cognitive function, eye health and nervous system health; mineral food supplements, mineral preparations for use as nutritional additives to foodstuffs for humans; milk nutritional supplement in chewable or tablet form; milk nutritional supplement in liquid or drop form; milk powder for babies; milk powder for nutritional purpose for babies" in International Class 5; and "Edible fish oil; goat's milk; cows' milk; powdered milk; milk products in chewable or liquid form, namely, milk curds and cultured milk" in International Class 29.

g.     On February 9, 2021, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90520650 for the mark AUSSIE BUBS in connection with "Babies' beverages, namely, infant formula; babies' food; food for babies; foodstuffs for babies; milk powder for alimentary purposes for babies; milk powder for babies; milk powder for foodstuffs for babies; milk

- 15 -

COMPLAINT

powder for nutritional purposes for babies; milk powders in the nature of foodstuff for babies; food for infants, namely, goat's or cow's milk formula; food for infants and toddlers, namely, goat's or cow's milk formula; follow-on formula, namely, goat's or cow's milk formula; baby food, namely, snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; baby food, namely, teething rusks for babies" in International Class 5; "Goat's milk; powdered milk; cows' milk; dairy products in powder form, namely, milk powder; fruit-based snack food; vegetable-based snack foods, namely, prepared snacks made from fresh vegetables; milk-based drinks; prepared snack bars made from vegetables and fruits; cooked and processed fruits; preserved, dried, cooked and processed vegetables and vegetable mixes; fruit-based and vegetable-based organic food snacks in the nature of fruit and vegetable-based snack foods and food bars consisting predominantly of fruits or vegetables" in International Class 29; and "Breakfast cereals; cereal-based snack foods; cereal breakfast foods; porridge oats; food products containing cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; grain-based snack foods; quinoa-based snack foods; corn-based snack foods; oat-based snack foods; snack mix consisting primarily of cereal and oats; prepared meals made predominately of rice; biscuits" in International Class 30.

h.   On May 5, 2021, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90692042 for the mark AUSSIE BUBS (Stylized) in connection with "Babies' beverages, namely, infant formula; babies' food; food for babies; foodstuffs for babies; milk powder for alimentary purposes for babies; milk powder for babies; milk powder for foodstuffs for babies; milk powder for nutritional purposes for babies; milk powders

COMPLAINT

in the nature of foodstuff for babies; food for infants, namely, goat's or cow's milk formula; food for infants and toddlers, namely, goat's or cow's milk formula; follow-on formula, namely, goat's or cow's milk formula; baby food, namely, snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; baby food, namely, teething rusks for babies" in International Class 5.

i.      On May 5, 2021, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 90692060 for the mark AUSSIE BUBS (Stylized) in connection with "Goat's milk; powdered milk; cows' milk; dairy products in powder form, namely, milk powder; fruit-based snack food; vegetable-based snack foods, namely, prepared snacks made from fresh vegetables; milk-based drinks; prepared snack bars made from vegetables and fruits; cooked and processed fruits; preserved, dried, cooked and processed vegetables and vegetable mixes; fruit-based and vegetable-based organic food snacks in the nature of fruit and vegetable-based snack foods and food bars consisting predominantly of fruits or vegetables" in International Class 29; and "Breakfast cereals; cereal-based snack foods; cereal breakfast foods; porridge oats; food products containing cereals, namely, biscuits, tarts, cakes made with cereals; muesli consisting predominantly of cereals; rice-based snack foods; grain-based snack foods; quinoa-based snack foods; corn-based snack foods; oat-based snack foods; snack mix consisting primarily of cereal and oats; prepared meals made predominately of rice; biscuits" in International Class 30.

j.      On April 4, 2022, Defendant Bubs IP Pty Ltd filed U.S. trademark application SN 97345361 for the mark AUSSIE BUBS GENTLE in connection with "Babies' beverages, namely, infant formula; babies' food; food for babies; foodstuffs for babies; milk powder for alimentary

COMPLAINT

purposes for babies; milk powder for babies; milk powder for foodstuffs for babies; milk powder for nutritional purposes for babies; milk powders in the nature of foodstuff for babies; food for infants, namely, goat's or cow's milk formula; food for infants and toddlers, namely, goat's or cow's milk formula; follow-on formula, namely, goat's or cow's milk formula; baby food, namely, snacks for babies and infants made from fruit, vegetables, cereals, grain, rice, biscuits and bars; baby food, namely, teething rusks for babies" in International Class 5; and "Goat's milk; powdered milk; cows' milk; dairy products in powder form, namely, milk powder; fruit-based snack food; vegetable-based snack foods, namely, prepared snacks made from fresh vegetables; milk-based drinks; prepared snack bars made from vegetables and fruits; cooked and processed fruits; preserved, dried, cooked and processed vegetables and vegetable mixes; fruit-based and vegetable-based organic food snacks in the nature of fruit and vegetable-based snack foods and food bars consisting predominantly of fruits or vegetables" in International Class 29.

31.     On June 3, 2022 SFL filed for a request to extend time to oppose Defendants' application for the mark AUSSIE BUBS, SN 90520650, which was granted.

32.     On September 6, 2022 SFL initiated Opposition No. 91278402 with the Trademark Trial and Appeal Board ("TTAB") against Defendants' SN 90520650 for the mark AUSSIE BUBS in classes 5, 29 and 30; on September 8, 2022 SFL initiated Cancellation No. (number not assigned yet) with the TTAB against Defendants' SN 90692042/RN 6824209 for the mark AUSSIE BUBS (Stylized) in class 5; and on September 8, 2022 SFL initiated Cancellation No. (number not assigned yet) with the TTAB against Defendants' SN 90692060/RN 6824210 for the mark AUSSIE BUBS (Stylized) in classes 29 and 30.

33.     SFL will be damaged by the registration of the marks AUSSIE BUBS and AUSSIE BUBS (stylized) as they are confusingly similar to SFL's prior used SFL Marks and is filed in connection with goods that are the same as or related to SFL's goods and services. SFL has prior rights to the SFL Marks and registration of the AUSSIE BUBS marks will improperly confer upon Defendants various statutory presumptions to which Defendants are not entitled.

## FIRST CLAIM FOR RELIEF

### Trademark Mark Infringement -- 15 U.S.C. § 1114

### (Against All Defendants)

34.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

35.     As described above, SFL owns federal registrations for its BUBS NATURALS trademark, in connection with dietary and nutritional supplements made in whole or substantial part of natural ingredients and related goods.

36.     SFL's Registration Nos. 5482431 and 6372310 are in full force and effect, and SFL owns all right, title, and interest in them.

37.     SFL's ownership and exclusive use of the BUBS NATURALS mark is superior to and significantly predates any use of Defendants Marks.

38.     Defendants have sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing and advertising products that are identical to, similar to, and/or related to SFL's goods and services bearing the BUBS and AUSSIE BUBS marks, which are confusingly similar to SFL's Marks, subject to Registration Nos. 5482431 and 6372310.

39.     Defendants' use of its confusingly similar BUBS and AUSSIE BUBS marks constitutes trademark infringement in violation of 15 U.S.C. § 1114 because it is likely to cause confusion, to cause mistake, and to deceive as to the origin or source of Defendants' products, and/or to cause consumers to believe, mistakenly, that that

Defendants' products are part of, or sponsored, licensed, endorsed, or approved by, or otherwise affiliated with, SFL.

40.     At all relevant times Defendants had actual knowledge of the SFL's rights in the SFL Marks and are willfully infringing and intentionally trading off the goodwill long owned and earned by SFL, causing confusion.

41.     Defendants' activities constitute willful trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

42.     Accordingly, this Court should issue a temporary restraining order and a preliminary and permanent injunction preventing Defendants from their continued, wrongful use of Defendants' Marks. Defendants should also be ordered to restore and/or disgorge to SFL all money, property or other benefits gained by it as a direct and proximate result of its unauthorized use of the BUBS and AUSSIE BUBS marks.

43.     The injuries and damages sustained by SFL have been directly and proximately caused by Defendants' wrongful infringement.

## SECOND CLAIM FOR RELIEF

### False Designation/Unfair Competition -- 15 U.S.C. § 1125(a)

### (Against All Defendants)

44.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

45.     As described above, SFL owns strong common law rights in the distinctive SFL Marks in connection with SFL's goods and services.

46.     SFL's ownership and exclusive use in commerce of the SFL Marks are superior to and significantly predate any use of the infringing Defendants' Marks.

47.     Defendants unauthorized use of Defendants' Marks is a false designation of origin and/or false representation and constitutes the utilization of false descriptions and representations in interstate commerce.

48.     Defendants' acts are in violation of 15 U.S.C. § 1125(a).

49.     Defendants have caused and will continue to cause irreparable injury to SFL, if not restrained. SFL has no adequate remedy at law, and therefore seeks injunctive relief under 15 U.S.C. § 1116.

50.     Defendants' acts of infringement of the SFL Marks have been and continue to be deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

51.     SFL is entitled to recover from Defendants damages allowed under 15 U.S.C. § 1117, including but not limited to compensatory damages suffered as a result of Defendants' acts of unfair competition, disgorgement of Defendants' profits, trebled profits or damages (whichever amount is greater), reasonable attorneys' fees, costs, and prejudgment interest.

## THIRD CLAIM FOR RELIEF

### Unfair Competition in Violation of California Business & Professions Code Section 17200 Et Seq.

### (Against All Defendants)

52.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

53.     Based on the allegations set forth above, Defendants' use of the virtually identical words BUBS and AUSSIE BUBS marks including, but not limited to, such use with knowledge of the history and use of the SFL Marks by SFL in connection with its business and products, for the purpose of offering goods and services for sale in interstate commerce, constitutes an unlawful, unfair, and/or fraudulent business practice as well as unfair deceptive, untrue and/or misleading advertising of the type proscribed by California Business and Professions Code section 17200, et seq.

54.     Defendants' acts have injured SFL's image, reputation and/or goodwill by creating confusion about and, on information and belief, dissatisfaction with, SFL's brand and its products and services over which SFL has no control.

COMPLAINT

55.     Defendants' acts have injured SFL's reputation and relations with current and prospective customers by causing a diminution of the value of goodwill associated with SFL Marks and a resulting loss of business.

56.     Defendants' conduct as alleged herein is intentional, and with knowledge of its violation of SFL's rights in the SFL Marks. Unless enjoined, Defendants will continue to act as alleged herein, to SFL's actual and irreparable injury. Compensation which would afford SFL adequate relief for Defendants' continuing acts cannot be readily ascertained or determined, and a multiplicity of judicial proceedings would be required. Therefore, SFL's remedies at law are not adequate to compensate it for all injuries caused by Defendants' conduct.

## FOURTH CLAIM FOR RELIEF

### Common Law Trademark Infringement

### (Against All Defendants)

57.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

58.     The BUBS NATURALS mark is inherently distinctive and is uniquely associated with SFL's business. The mark has been protectable as a trademark immediately upon its use as a mark, commencing in at least as early as 2017 and continuing without interruption to the present.

59.     Defendants have used, and continue to use, the virtually identical word BUBS and AUSSIE BUBS marks in commerce in connection with the sale, offering for sale, distribution, and/or advertising of nearly identical goods, and purports to assert trademark rights in the marks.

60.     By reason of the acts alleged above, SFL has suffered, and will continue to suffer, damage to its business, reputation, and goodwill, in an amount to be proven at trial.

61.     Defendants' infringing use of the BUBS and AUSSIE BUBS marks is intentional, and with knowledge of its violation of SFL's rights. Unless enjoined,

- 22 -

Defendants will continue to act as alleged herein, to SFL's irreparable injury. Compensation which would afford SFL adequate relief for Defendants' continuing acts cannot be readily ascertained or determined, and a multiplicity of judicial proceedings would be required. Therefore, SFL's remedies at law are not adequate to compensate it for all injuries caused by Defendants' conduct.

62.     Further, SFL has no adequate remedy at law. Defendants' conduct has caused and, if not enjoined, will continue to cause, irreparable harm and damage to the rights of SFL and the SFL Common Law Marks and to the business, reputation, and goodwill of SFL.

63.     By reason of the foregoing, SFL is entitled to preliminary and permanent injunctive relief against Defendants, restraining further acts of trademark infringement.

## FIFTH CLAIM FOR RELIEF

### Unfair Competition in Violation of California Common Law

### (Against All Defendants)

64.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

65.     Defendants' acts as alleged above, including but not limited to use of the BUBS and AUSSIE BUBS marks has caused, or are likely to cause confusion, mistake or deception as to the sponsorship or approval of Defendants' products and/or services by SFL because current and prospective customers may believe that SFL authorizes, approves, licenses, or otherwise controls the provision of Defendants' products, and/or that Defendants are associated with or related to SFL.

66.     Defendants' acts have injured, or are likely to injure, SFL's image, reputation and/or goodwill by creating confusion about, and, on information and belief, dissatisfaction with, SFL's products and services over which SFL has no control.

67.     Defendants' acts have injured, or are likely to injure, SFL's reputation and relations with current and prospective customers by causing a diminution of the value of

goodwill associated with SFL Marks, and a resulting loss of business.

68.     Defendants' use of the virtually identical BUBS and AUSSIE BUBS marks is a knowing, willful, deliberate and intentional effort to trade on the goodwill associated with SFL Marks as they have been used in commerce since 2017, and to deceive, confuse, and/or interfere with SFL's relationships with its current and prospective customers.

69.     Defendants' use of the virtually identical BUBS and AUSSIE BUBS marks is intentional, and with knowledge of its violation of SFL's rights. Unless enjoined, Defendants will continue to act as alleged herein, to SFL's irreparable injury. Compensation which would afford SFL adequate relief for Defendants' continuing acts cannot be readily ascertained or determined, and a multiplicity of judicial proceedings would be required. Therefore, SFL's remedies at law are not adequate to compensate it for all injuries caused by Defendants' conduct.

## SIXTH CLAIM FOR RELIEF
### Intentional Misrepresentation
### (Against All Defendants)

1.     SFL repeats, realleges and incorporates by reference all previous paragraphs of its Complaint as though fully set forth herein.

2.     In its email dated February 2, 2021, Defendants made false representations to SFL that Defendants would not enter and sell and/or market their products in the United States under the mark BUBS.

3.     In reliance upon Defendants' false representations, SFL did not initially pursue legal action against Defendants in early 2021 to prevent any infringement.

4.     SFL is informed and believes and on that basis alleges that when Defendants made this false representation, they knew the representation was false and made the representation with the intent to deceive and defraud SFL and induce SFL to act in reliance on the representation.

COMPLAINT

5.     At the time Defendant made the false representation, SFL was ignorant of the falsity of the representation and reasonably believed it to be true. In reasonable reliance on the representation, SFL did not seek legal action against Defendants, because they stated that they did not intend to enter into SFL's territory, the United States market.

6.     Had SFL known the true facts, it would not have waited until after Defendants had already entered the United States market to file suit against Defendants to enforce its rights. SLF's reliance on Defendants' misrepresentations was justified.

7.     As a direct and proximate result of Defendants' misrepresentation, SFL did not seek immediate legal relief, and Defendants have entered the United States market and sold and marketed its products under the BUBS mark, causing SFL to be damaged in an amount to be determined at trial.

8.     SFL is informed and believes and on that basis alleges that Defendants committed the acts herein alleged maliciously, fraudulently, oppressively, and in bad faith, and in conscious disregard of the rights of SFL. Thus, SFL is entitled to recover punitive damages in an amount according to proof.

## **PRAYER FOR RELIEF**

**WHEREFORE**, SFL prays for judgment in its favor as follows:

1.     For compensatory damages in amount to be proven at trial;

2.     For treble damages;

3.     For punitive damages according to proof at the time of trial;

4.     For immediate, preliminary, and permanent injunctive relief, enjoining Defendants, and those acting in concert with them, from using the Defendants' Marks or trade name, or any confusingly similar variation thereof, for any purpose; and

5.     For restoration and/or disgorgement to SFL all money or property or other benefits gained by Defendants as a direct and proximate result of their use of

COMPLAINT

Defendants' Marks, trade name, or other use which is confusingly similar to SFL's intellectual property;

6.    That the Court determine that Defendant Bubs IP Pty Ltd is not entitled to registration of the AUSSIE BUBS mark that is the subject of SN 90520650;

7.    That the Court certify an Order to the Director of the United States Patent and Trademark Office, pursuant to 15 U.S.C. § 1119, to cancel the registrations of U.S. RN 6824209 and 6824210 for the mark AUSSIE BUBS (Stylized);

8.    That the Court certify an Order to the Director of the United States Patent and Trademark Office, pursuant to 15 U.S.C. § 1119, to refuse registration of U.S. SNs 90263491, 90263502, 90263528, 90271657, 90271978, 90520650, 90263509, and 97345361, or, in the alternative, issue an order directing Defendant Bubs IP Pty Ltd to file with the USPTO a Request for Express Abandonment (Withdrawal) of Application for U.S. SNs 90263491, 90263502, 90263528, 90271657, 90271978, 90520650, 90263509, and 97345361

9.    For interest at the highest rate permitted by law from the due date until entry of judgment; and

10.    For such other and further relief as the Court may deem just and proper.


DATED: September 12, 2022        **MORTENSON TAGGART ADAMS LLP**


By:  **_/s/ Michael D. Mortenson_**
       Michael D. Mortenson
       Riahna A. Bacchus
       Attorneys for Plaintiff,
       SLAYER FOREVER LLC

COMPLAINT

# EXHIBIT A

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Sep 5 03:47:22 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 20 out of 20**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements made in whole or substantial part of natural ingredients. FIRST USE: 20170904. FIRST USE IN COMMERCE: 20170905 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87439568 |
| **Filing Date** | May 6, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 5, 2017 |
| **Registration Number** | 5482431 |
| **International Registration Number** | 1526197 |
| **Registration Date** | May 29, 2018 |
| **Owner** | (REGISTRANT) Icarian, Inc. CORPORATION CALIFORNIA 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| | (LAST LISTED OWNER) **SLAYER FOREVER**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 RODNEY AVE. ENCINITAS CALIFORNIA 92024 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Matthew Miller |

Trademark Electronic Search System (TESS)                    https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4808:uzytt0.2.20

| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATURALS" APART FROM THE MARK AS SHOWN |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Status & Document Retrieval                    https://tsdr.uspto.gov/#caseNumber=87439568&caseType=SERIAL_...

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2022-09-05 18:25:27 EDT

Mark: BUBS NATURALS

# BUBS NATURALS

US Serial Number: 87439568          Application Filing Date: May 06, 2017

US Registration Number: 5482431          Registration Date: May 29, 2018

Filed as TEAS Plus: Yes          Currently TEAS Plus: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the (

Status: Registered. The registration date is used to determine when post-registration maintenance documents a

Status Date: May 29, 2018

Publication Date: Dec. 05, 2017          Notice of Allowance Date: Jan. 30, 2018

## Mark Information

Mark Literal Elements: BUBS NATURALS

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "NATURALS"

## Related Properties Information

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

　　　　　For: Dietary and nutritional supplements made in whole or substantial part of natural ingredients

| | | | |
|---|---|---|---|
| **International Class(es):** 005 - Primary Class | | **U.S Class(es):** 006, 018, 044, 046 | |
| **Class Status:** ACTIVE | | | |
| **Basis:** 1(a) | | | |
| **First Use:** Sep. 04, 2017 | | **Use in Commerce:** Sep. 05, 2017 | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** SLAYER FOREVER, LLC

**Owner Address:** 165 RODNEY AVE.
ENCINITAS, CALIFORNIA UNITED STATES 92024

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller

**Attorney Primary Email Address:** matt@millermlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MATTHEW MILLER
LAW OFFICES OF MATTHEW MILLER
755 FRESCA CT
SOLANA BEACH, CALIFORNIA UNITED STATES 92075

**Phone:** 8587556688

**Correspondent e-mail:** matt@millermlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number | |
|---|---|---|---|
| Jul. 11, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | | |

| May 29, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 26, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 25, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 24, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 71906 |
| Apr. 02, 2018 | USE AMENDMENT FILED | 71906 |
| Apr. 19, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Apr. 02, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 30, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 05, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 05, 2017 | PUBLISHED FOR OPPOSITION | |
| Nov. 15, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 02, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73797 |
| Oct. 30, 2017 | ASSIGNED TO LIE | 73797 |
| Oct. 19, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 07, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 06, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 06, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 30, 2017 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 88889 |
| Sep. 30, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 10, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 10, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Aug. 10, 2017 | NON-FINAL ACTION WRITTEN | 76635 |
| Aug. 03, 2017 | ASSIGNED TO EXAMINER | 76635 |
| May 11, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 10, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

> **Current Location:** PUBLICATION AND ISSUE SECTION                **Date in Location:** Apr. 25, 2018

## Assignment Abstract Of Title Information

## Proceedings - None recorded



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Sep 5 03:47:22 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [         ]  OR  Jump  to record: [         ]    **Record 9 out of 20**

| TSDR | ASSIGN Status | TTAB Status |  ( *Use the "Back" button of the Internet Browser to return to TESS*)

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 007. US 013 019 021 023 024 031 034 035. G & S: Electric mixers. FIRST USE: 20190100. FIRST USE IN COMMERCE: 20190100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90208126 |
| **Filing Date** | September 24, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 16, 2021 |
| **Registration Number** | 6372310 |
| **Registration Date** | June 1, 2021 |
| **Owner** | (REGISTRANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Prior Registrations** | 5482431 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

**FIRST DOC** **PREV DOC** **NEXT DOC** **LAST DOC**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |

**Generated on:** This page was generated by TSDR on 2022-09-05 19:13:18 EDT

**Mark:** BUBS NATURALS

# BUBS NATURALS

**US Serial Number:** 90208126

**US Registration Number:** 6372310

**Filed as TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**Application Filing Date:** Sep. 24, 2020

**Registration Date:** Jun. 01, 2021

**Currently TEAS Plus:** Yes

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the (

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents a

**Status Date:** Jun. 01, 2021

**Publication Date:** Mar. 16, 2021

## Mark Information

**Mark Literal Elements:** BUBS NATURALS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 5482431

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

| | | | |
|---|---|---|---|
| **For:** | Electric mixers | | |
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 2019 | **Use in Commerce:** | Jan. 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Slayer Forever, LLC |
| **Owner Address:** | 165 Rodney Ave. |
| | Encinitas, CALIFORNIA UNITED STATES 92024 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew Miller |
| **Attorney Primary Email Address:** | matt@millermlaw.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MATTHEW MILLER |
| | LAW OFFICES OF MATTHEW MILLER |
| | 755 FRESCA CT. |
| | SOLANA BEACH, CALIFORNIA UNITED STATES 92075 |
| **Phone:** | 858-755-6688 |
| **Correspondent e-mail:** | matt@millermlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

Trademark Status & Document Retrieval                    https://tsdr.uspto.gov/#caseNumber=90208426&caseType=SERIAL_...

| | | |
|---|---|---|
| Jun. 01, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 16, 2021 | PUBLISHED FOR OPPOSITION | |
| Feb. 24, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 10, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 07, 2021 | ASSIGNED TO EXAMINER | 92449 |
| Nov. 04, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 28, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jun. 01, 2021

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Sep 8 03:17:24 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump to record: [        ] **Record 13 out of 20**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS )*

# BUBS BREW

| | |
|---|---|
| **Word Mark** | BUBS BREW |
| **Goods and Services** | IC 030. US 046. G & S: coffee; coffee-based beverages; coffee pods; instant coffee; coffee-based beverages containing nutritional supplements |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88716970 |
| **Filing Date** | December 5, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 17, 2020 |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BREW" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)                    https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.13

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Status & Document Retrieval        https://tsdr.uspto.gov/#caseNumber=88716970&caseType=SERIAL_...

---

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

---

**STATUS    DOCUMENTS**                          **Back to Search**          Print

Generated on: This page was generated by TSDR on 2022-09-08 17:15:05 EDT

Mark: BUBS BREW

# BUBS BREW

US Serial Number: 88716970                    Application Filing Date: Dec. 05, 2019

Filed as TEAS RF: Yes                         Currently TEAS RF: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:         LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off minimum filing requirements) and that this application ha examiner.

Status: A fourth request for extension of time to file a Statement of Use has been granted.

Status Date: Apr. 26, 2022

Publication Date: Mar. 17, 2020                Notice of Allowance Date: May 12, 2020

## Mark Information

Mark Literal Elements: BUBS BREW

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "BREW"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: coffee; coffee-based beverages; coffee pods; instant coffee; coffee-based beverages containing nutritio

International Class(es): 030 - Primary Class                U.S Class(es): 046

Class Status: ACTIVE

Privacy - Terms

Basis: 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Slayer Forever, LLC

**Owner Address:** 165 Rodney Ave.
Encinitas, CALIFORNIA UNITED STATES 92024

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller

**Attorney Primary Email Address:** matt@millermlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Matthew Miller
LAW OFFICES OF MATTHEW MILLER
755 FRESCA CT.
SOLANA BEACH, CALIFORNIA UNITED STATES 92075

**Phone:** 858-755-6688

**Correspondent e-mail:** matt@millermlaw.com  tm@millermlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 28, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 26, 2022 | SOU EXTENSION 4 GRANTED | 98765 |
| Apr. 26, 2022 | SOU EXTENSION 4 FILED | 98765 |
| Apr. 26, 2022 | TEAS EXTENSION RECEIVED | |

Trademark Status & Document Retrieval                    https://tsdr.uspto.gov/#caseNumber=88716970&caseType=SERIAL_...

| Date | Description | Number |
|------|-------------|--------|
| Nov. 12, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 10, 2021 | SOU EXTENSION 3 GRANTED | 98765 |
| Nov. 10, 2021 | SOU EXTENSION 3 FILED | 98765 |
| Nov. 10, 2021 | TEAS EXTENSION RECEIVED | |
| Apr. 23, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 21, 2021 | SOU EXTENSION 2 GRANTED | 98765 |
| Apr. 21, 2021 | SOU EXTENSION 2 FILED | 98765 |
| Apr. 21, 2021 | TEAS EXTENSION RECEIVED | |
| Oct. 16, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 14, 2020 | SOU EXTENSION 1 GRANTED | 98765 |
| Oct. 14, 2020 | SOU EXTENSION 1 FILED | 98765 |
| Oct. 14, 2020 | TEAS EXTENSION RECEIVED | |
| May 12, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 17, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 17, 2020 | PUBLISHED FOR OPPOSITION | |
| Feb. 26, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 11, 2020 | ASSIGNED TO LIE | 66121 |
| Feb. 05, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 05, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 05, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 05, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 05, 2020 | EXAMINERS AMENDMENT -WRITTEN | 76147 |
| Jan. 29, 2020 | ASSIGNED TO EXAMINER | 76147 |
| Dec. 10, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Sep 8 03:17:24 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR  Jump  to record: [          ]   **Record 14 out of 20**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS BREW

| | |
|---|---|
| **Word Mark** | BUBS BREW |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dietary and nutritional supplements; powdered nutritional supplement drink mix; coffee flavored nutritional supplements |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88716963 |
| **Filing Date** | December 5, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 17, 2020 |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BREW" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)                    https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.14

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

| STATUS | DOCUMENTS | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2022-09-08 17:16:24 EDT

**Mark:** BUBS BREW

# BUBS BREW

**US Serial Number:** 88716963

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark

**Application Filing Date:** Dec. 05, 2019

**Currently TEAS RF:** Yes

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off minimum filing requirements) and that this application ha examiner.

**Status:** A fourth request for extension of time to file a Statement of Use has been granted.

**Status Date:** Apr. 26, 2022

**Publication Date:** Mar. 17, 2020

**Notice of Allowance Date:** May 12, 2020

## Mark Information

**Mark Literal Elements:** BUBS BREW

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BREW"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Dietary and nutritional supplements; powdered nutritional supplement drink mix; coffee flavored nutritio

**International Class(es):** 005 - Primary Class

**U.S Class(es):** 006,

**Class Status:** ACTIVE

Privacy - Terms

Basis: 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Slayer Forever, LLC |
| **Owner Address:** | 165 Rodney Ave.<br>Encinitas, CALIFORNIA UNITED STATES 92024 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Matthew Miller | | |
| **Attorney Primary Email Address:** | matt@millermlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew Miller<br>LAW OFFICES OF MATTHEW MILLER<br>755 FRESCA CT.<br>SOLANA BEACH, CALIFORNIA UNITED STATES 92075 |
| **Phone:** | 858-755-6688 |
| **Correspondent e-mail:** | matt@millermlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 28, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 26, 2022 | SOU EXTENSION 4 GRANTED | 98765 |
| Apr. 26, 2022 | SOU EXTENSION 4 FILED | 98765 |
| Apr. 26, 2022 | TEAS EXTENSION RECEIVED | |

| Nov. 12, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 10, 2021 | SOU EXTENSION 3 GRANTED | 98765 |
| Nov. 10, 2021 | SOU EXTENSION 3 FILED | 98765 |
| Nov. 10, 2021 | TEAS EXTENSION RECEIVED | |
| Apr. 23, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 21, 2021 | SOU EXTENSION 2 GRANTED | 98765 |
| Apr. 21, 2021 | SOU EXTENSION 2 FILED | 98765 |
| Apr. 21, 2021 | TEAS EXTENSION RECEIVED | |
| Oct. 16, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 14, 2020 | SOU EXTENSION 1 GRANTED | 98765 |
| Oct. 14, 2020 | SOU EXTENSION 1 FILED | 98765 |
| Oct. 14, 2020 | TEAS EXTENSION RECEIVED | |
| May 12, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 17, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 17, 2020 | PUBLISHED FOR OPPOSITION | |
| Feb. 26, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 11, 2020 | ASSIGNED TO LIE | 66121 |
| Feb. 05, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 05, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 05, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 05, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 05, 2020 | EXAMINERS AMENDMENT -WRITTEN | 76147 |
| Jan. 29, 2020 | ASSIGNED TO EXAMINER | 76147 |
| Dec. 10, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Trademark Electronic Search System (TESS)                          https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.3

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 8 03:17:24 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]  **Record 3 out of 20**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 005. US 005 006 018 044 046 051 052. G & S: (Based on Use in Commerce) Dietary and nutritional supplements; Dietary and nutritional supplements containing in whole or substantial part of natural ingredients; Powdered nutritional supplement drink mix containing electrolytes, vitamins, minerals, protein and/or collagen(Based on Intent to Use) Beverages containing coffee, vitamins, minerals and/or protein for use as a nutritional supplement; Dietary supplemental drinks in the nature of vitamin and mineral beverages; Meal replacement bars adapted for medical use; Meal replacement bars for weight loss purposes; Powdered nutritional supplement drink mix; Vitamin and mineral supplements; Vitamin and mineral supplements for mixing with water, coffee, drinks, smoothies and dog food; Nutritional supplement meal replacement bars for boosting energy; Vitamins and dietary food supplements for animals. FIRST USE: 20170904. FIRST USE IN COMMERCE: 20170905 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97147493 |
| **Filing Date** | November 29, 2021 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |

| | |
|---|---|
| **Prior Registrations** | 5482431 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Status & Document Retrieval   https://tsdr.uspto.gov/#caseNumber=97147493&caseType=SERIAL_...

---

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

Processing Wait Times: Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS   DOCUMENTS | Back to Search | Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-09-08 17:19:44 EDT |
| **Mark:** | BUBS NATURALS |

# BUBS NATURALS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97147493 | **Application Filing Date:** | Nov. 29, 2021 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off minimum filing requirements) and that this application ha examiner.

| | |
|---|---|
| **Status:** | An Office action suspending further action on the application has been sent (issued) to the applicant. To click on the Trademark Document Retrieval link at the top of this page. |
| **Status Date:** | Jul. 25, 2022 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | BUBS NATURALS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 5482431 |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

**For:** (Based on Use in Commerce) Dietary and nutritional supplements; Dietary and nutritional supplements part of natural ingredients; Powdered nutritional supplement drink mix containing electrolytes, vitamins, collagen(Based on Intent to Use) Beverages containing coffee, vitamins, minerals and/or protein for use Dietary supplemental drinks in the nature of vitamin and mineral beverages; Meal replacement bars ada replacement bars for weight loss purposes; Powdered nutritional supplement drink mix; Vitamin and min mineral supplements for mixing with water, coffee, drinks, smoothies and dog food; Nutritional suppleme boosting energy; Vitamins and dietary food supplements for animals

| | | | |
|---|---|---|---|
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 005, 006, 018, 04 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) 1(b) | | |
| **First Use:** | Sep. 04, 2017 | **Use in Commerce:** | Sep. 05, 2017 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Slayer Forever, LLC |
| **Owner Address:** | 165 Rodney Ave. Encinitas, CALIFORNIA UNITED STATES 92024 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Matthew Miller | **Docket Number:** | 6017 |
| **Attorney Primary Email Address:** | matt@millermlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MATTHEW MILLER LAW OFFICES OF MATTHEW MILLER 755 FRESCA CT. SOLANA BEACH, CALIFORNIA UNITED STATES 92075 |
| **Phone:** | 858-755-6688 |
| **Correspondent e-mail:** | matt@millermlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jul. 25, 2022 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Jul. 25, 2022 | LETTER OF SUSPENSION E-MAILED | |
| Jul. 25, 2022 | SUSPENSION LETTER WRITTEN | 92996 |
| Mar. 25, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 25, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 25, 2022 | NON-FINAL ACTION WRITTEN | 92996 |
| Mar. 23, 2022 | ASSIGNED TO EXAMINER | 92996 |
| Dec. 02, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 02, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Sep 8 03:17:24 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]   **Record 4 out of 20**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 030. US 046. G & S: Coffee; Cereal based energy bars; Chocolate-based meal replacement bars; Coffee pods; Coffee and coffee substitutes; Coffee based beverages; Coffee drinks; Coffee-based drinks; Coffee-based iced beverages; Iced coffee; Instant coffee; Protein-enriched coffee |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97147490 |
| **Filing Date** | November 29, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Prior Registrations** | 5482431 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Status & Document Retrieval                    https://tsdr.uspto.gov/#caseNumber=97147490&caseType=SERIAL_...

**For assistance with TSDR,** email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS                        | Back to Search          Print

**Generated on:** This page was generated by TSDR on 2022-09-08 17:20:55 EDT

**Mark:** BUBS NATURALS

# BUBS NATURALS

| | |
|---|---|
| **US Serial Number:** 97147490 | **Application Filing Date:** Nov. 29, 2021 |
| **Filed as TEAS Plus:** Yes | **Currently TEAS Plus:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off minimum filing requirements) and that this application ha examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jul. 25, 2022

## Mark Information

**Mark Literal Elements:** BUBS NATURALS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 5482431

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

1 of 3                                                                        9/8/22, 2:21 PM

| | |
|---|---|
| **For:** | Coffee; Cereal based energy bars; Chocolate-based meal replacement bars; Coffee pods; Coffee and c beverages; Coffee drinks; Coffee-based drinks; Coffee-based iced beverages; Iced coffee; Instant coffe |

**International Class(es):** 030 - Primary Class      **U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Slayer Forever, LLC

**Owner Address:** 165 Rodney Ave.
Encinitas, CALIFORNIA UNITED STATES 92024

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller      **Docket Number:** 6017

**Attorney Primary Email Address:** matt@millermlaw.com      **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MATTHEW MILLER
LAW OFFICES OF MATTHEW MILLER
755 FRESCA CT.
SOLANA BEACH, CALIFORNIA UNITED STATES 92075

**Phone:** 858-755-6688

**Correspondent e-mail:** matt@millermlaw.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

## TM Staff and Location Information

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 8 03:17:24 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 5 out of 20**

---

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 029. US 046. G & S: Coffee creamer; Creamers for beverages; Dairy-based beverages; Dairy-based food beverages; Dairy-based powders for making dairy-based food beverages and shakes; Milk-based beverage containing coffee; Milk-based beverages with chocolate; Milk-based energy drinks; Non-dairy creamer; Beverages having a milk base |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97147138 |
| **Filing Date** | November 29, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Prior Registrations** | 5482431 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                    https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.5

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**For assistance with TSDR,** email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

**STATUS    DOCUMENTS**                    | **Back to Search**          Print

Generated on:  This page was generated by TSDR on 2022-09-08 17:22:32 EDT

Mark:  BUBS NATURALS

# BUBS NATURALS

US Serial Number: 97147138                     Application Filing Date: Nov. 29, 2021

Filed as TEAS Plus: Yes                           Currently TEAS Plus: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:   

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off
minimum filing requirements) and that this application ha
examiner.

Status:  An Office action suspending further action on the application has been sent (issued) to the applicant. To
click on the Trademark Document Retrieval link at the top of this page.

Status Date:  Jul. 25, 2022

## Mark Information

Mark Literal Elements:  BUBS NATURALS

Standard Character Claim:  Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type:  4 - STANDARD CHARACTER MARK

## Related Properties Information

Claimed Ownership of US
Registrations:  5482431

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

Trademark Status & Document Retrieval                    https://tsdr.uspto.gov/#caseNumber=9714738&caseType=SERIAL_...

**For:** Coffee creamer; Creamers for beverages; Dairy-based beverages; Dairy-based food beverages; Dairy-based food beverages and shakes; Milk-based beverage containing coffee; Milk-based beverages with drinks; Non-dairy creamer; Beverages having a milk base

**International Class(es):** 029 - Primary Class          **U.S Class(es):** 046

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No                                        **Currently Use:** No

**Filed ITU:** Yes                                       **Currently ITU:** Yes

**Filed 44D:** No                                        **Currently 44E:** No

**Filed 44E:** No                                        **Currently 66A:** No

**Filed 66A:** No                                        **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Slayer Forever, LLC

**Owner Address:** 165 Rodney Ave.
Encinitas, CALIFORNIA UNITED STATES 92024

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country Where** DELAWARE
**Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller                         **Docket Number:** 6017

**Attorney Primary Email** matt@millermlaw.com            **Attorney Email Authorized:** Yes
**Address:**

**Correspondent**

**Correspondent** MATTHEW MILLER
**Name/Address:** LAW OFFICES OF MATTHEW MILLER
755 FRESCA CT.
SOLANA BEACH, CALIFORNIA UNITED STATES 92075

**Phone:** 858-755-6688

**Correspondent e-mail:** matt@millermlaw.com             **Correspondent e-mail** Yes
**Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

Trademark Status & Document Retrieval          https://tsdr.uspto.gov/#caseNumber=9714?438&caseType=SERIAL_...

| Jul. 25, 2022 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Jul. 25, 2022 | LETTER OF SUSPENSION E-MAILED | |
| Jul. 25, 2022 | SUSPENSION LETTER WRITTEN | 92996 |
| Mar. 25, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 25, 2022 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 25, 2022 | NON-FINAL ACTION WRITTEN | 92996 |
| Mar. 23, 2022 | ASSIGNED TO EXAMINER | 92996 |
| Dec. 02, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 02, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

9/8/22, 2:22 PM

Trademark Electronic Search System (TESS)                                    https://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.6



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 8 03:17:24 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____ **Record 6 out of 20**

---

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Drinking water with vitamins; Flavored waters; Mineral and aerated water; Spring water; Water beverages; Aerated water; Bottled water; Drinking water; Flavor enhanced water; Mineral water; Sparkling water; Tonic water |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97147128 |
| **Filing Date** | November 29, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 3, 2022 |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Prior Registrations** | 5482431 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATURALS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator** LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Status & Document Retrieval                                    https://tsdr.uspto.gov/#caseNumber=97147128&caseType=SERIAL_...

---

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking
for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer
than usual. See **current trademark processing wait times** for more information.

---

STATUS     DOCUMENTS                                          | **Back to Search**                     Print

|  | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-09-08 17:23:42 EDT |
| **Mark:** | BUBS NATURALS |

# BUBS NATURALS

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 97147128 | **Application Filing Date:** | Nov. 29, 2021 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by
been published in a way that provides an opportunity for
registration.

| **Status:** | Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Exte of the NOA issuance date. |
|---|---|
| **Status Date:** | Jun. 28, 2022 |
| **Publication Date:** | May 03, 2022 | **Notice of Allowance Date:** | Jun. 28, 2022 |

## Mark Information

| **Mark Literal Elements:** | BUBS NATURALS |
|---|---|
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "NATURALS" |

## Related Properties Information

| **Claimed Ownership of US Registrations:** | 5482431 |
|---|---|

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;

Privacy - Terms

- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Drinking water with vitamins; Flavored waters; Mineral and aerated water; Spring water; Water beverage
Drinking water; Flavor enhanced water; Mineral water; Sparkling water; Tonic water

**International Class(es):** 032 - Primary Class       **U.S Class(es):** 045, 046, 048

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Slayer Forever, LLC

**Owner Address:** 165 Rodney Ave.
Encinitas, CALIFORNIA UNITED STATES 92024

**Legal Entity Type:** LIMITED LIABILITY COMPANY       **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller       **Docket Number:** 6017

**Attorney Primary Email Address:** matt@millermlaw.com       **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MATTHEW MILLER
LAW OFFICES OF MATTHEW MILLER
755 FRESCA CT.
SOLANA BEACH, CALIFORNIA UNITED STATES 92075

**Phone:** 858-755-6688

**Correspondent e-mail:** matt@millermlaw.com       **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 28, 2022 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 03, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 03, 2022 | PUBLISHED FOR OPPOSITION | |
| Apr. 13, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 30, 2022 | ASSIGNED TO LIE | 96339 |
| Mar. 28, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 28, 2022 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 28, 2022 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 28, 2022 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 28, 2022 | EXAMINERS AMENDMENT -WRITTEN | 92996 |
| Mar. 23, 2022 | ASSIGNED TO EXAMINER | 92996 |
| Dec. 02, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 02, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Sep 8 03:17:24 EDT 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 8 out of 20**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BUBS NATURALS

| | |
|---|---|
| **Word Mark** | BUBS NATURALS |
| **Goods and Services** | IC 035. US 100 101 102. G & S: (Based on Use in Commerce) Wholesale and retail store services featuring Nutritional Supplements, Electric mixers, Books, Mugs, Beverage Containers, Apparel, Hats, Tote bags; On-line wholesale and retail store services featuring Nutritional Supplements, Electric mixers, Books, Mugs, Beverage Containers, Apparel, Hats, Tote bags(Based on Intent to Use) Wholesale and retail store services featuring Powdered nutritional supplement drink mix, Powdered nutritional supplement concentrate, coffee flavored nutritional supplements, coffee, coffee-based beverages, coffee pods, instant coffee, coffee-based beverages containing nutritional supplements, Pre-packed food products, namely, meal replacement bars being nutritional supplements for wellness and fitness, and nutritional supplement energy bars, Coffee creamer, Non-dairy creamer, Creamers for beverages, Dairy-based beverages, Milk-based beverages, Milk substitute-based beverages, vitamin and mineral supplements, Tonic water, spring water, mineral water, drinking water, mineral and aerated waters, flavored water, drinking waters, water beverages, bottled water, flavor enhanced water, mineral, vitamin, and nutritionally enhanced drinking water for wellness, beauty and fitness, nutritionally enhanced beverages for wellness, beauty and fitness, Nutritional supplements for animals, Edible dog treats; On-line wholesale and retail store services featuring Powdered nutritional supplement drink mix, Powdered nutritional supplement concentrate, coffee flavored nutritional supplements, coffee, coffee-based beverages, coffee pods, instant coffee, coffee-based beverages containing nutritional supplements, Pre-packed food products, namely, meal replacement bars being nutritional supplements for wellness and fitness, and nutritional supplement energy bars, Coffee creamer, Non-dairy creamer, Creamers for beverages, Dairy-based beverages, Milk-based beverages, Milk substitute-based beverages, vitamin and mineral supplements, Tonic water, spring water, mineral water, drinking water, mineral and aerated waters, flavored water, drinking waters, water beverages, bottled water, flavor enhanced water, mineral, vitamin, and nutritionally enhanced drinking water for wellness, beauty and fitness, nutritionally enhanced beverages for wellness, beauty and fitness, Nutritional supplements for animals, Edible dog treats. FIRST USE: 20170911. FIRST USE IN COMMERCE: 20170911 |
| **Standard Characters Claimed** | |

Trademark Electronic Search System (TESS)   http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:9v02yt.2.8

| | |
|---|---|
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90201394 |
| **Filing Date** | September 22, 2020 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | March 16, 2021 |
| **Owner** | (APPLICANT) **Slayer Forever**, LLC LIMITED LIABILITY COMPANY DELAWARE 165 Rodney Ave. Encinitas CALIFORNIA 92024 |
| **Attorney of Record** | Matthew Miller |
| **Prior Registrations** | 5482431 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATURALS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

---

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS

| Back to Search | Print |

Generated on: This page was generated by TSDR on 2022-09-08 17:24:49 EDT

Mark: BUBS NATURALS

# BUBS NATURALS

| | | |
|---|---|---|
| **US Serial Number:** 90201394 | | **Application Filing Date:** Sep. 22, 2020 |
| **Filed as TEAS Plus:** Yes | | **Currently TEAS Plus:** Yes |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Off minimum filing requirements) and that this application ha examiner.

**Status:** A second request for extension of time to file a Statement of Use has been granted.

**Status Date:** Apr. 26, 2022

**Publication Date:** Mar. 16, 2021    **Notice of Allowance Date:** May 11, 2021

## Mark Information

**Mark Literal Elements:** BUBS NATURALS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "NATURALS"

## Related Properties Information

**Claimed Ownership of US Registrations:** 5482431

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

Privacy - Terms

- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** (Based on Use in Commerce) Wholesale and retail store services featuring Nutritional Supplements, El
Beverage Containers, Apparel, Hats, Tote bags; On-line wholesale and retail store services featuring Nu
mixers, Books, Mugs, Beverage Containers, Apparel, Hats, Tote bags(Based on Intent to Use) Wholesa
featuring Powdered nutritional supplement drink mix, Powdered nutritional supplement concentrate, cof
supplements, coffee, coffee-based beverages, coffee pods, instant coffee, coffee-based beverages con
Pre-packed food products, namely, meal replacement bars being nutritional supplements for wellness a
supplement energy bars, Coffee creamer, Non-dairy creamer, Creamers for beverages, Dairy-based be
Milk substitute-based beverages, vitamin and mineral supplements, Tonic water, spring water, mineral w
aerated waters, flavored water, drinking waters, water beverages, bottled water, flavor enhanced water,
enhanced drinking water for wellness, beauty and fitness, nutritionally enhanced beverages for wellness
supplements for animals, Edible dog treats; On-line wholesale and retail store services featuring Powde
mix, Powdered nutritional supplement concentrate, coffee flavored nutritional supplements, coffee, coffe
instant coffee, coffee-based beverages containing nutritional supplements, Pre-packed food products, n
being nutritional supplements for wellness and fitness, and nutritional supplement energy bars, Coffee c
Creamers for beverages, Dairy-based beverages, Milk-based beverages, Milk substitute-based beverag
supplements, Tonic water, spring water, mineral water, drinking water, mineral and aerated waters, flavo
beverages, bottled water, flavor enhanced water, mineral, vitamin, and nutritionally enhanced drinking w
fitness, nutritionally enhanced beverages for wellness, beauty and fitness, Nutritional supplements for a

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) 1(b) | | |
| **First Use:** | Sep. 11, 2017 | **Use in Commerce:** | Sep. 11, 2017 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Slayer Forever, LLC |
| **Owner Address:** | 165 Rodney Ave.<br>Encinitas, CALIFORNIA UNITED STATES 92024 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Miller

| | | |
|---|---|---|
| **Attorney Primary Email Address:** | matt@millermlaw.com | **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew Miller |
| | LAW OFFICES OF MATTHEW MILLER |
| | 755 FRESCA CT. |
| | SOLANA BEACH, CALIFORNIA UNITED STATES 92075 |
| **Phone:** | 858-755-6688 |

| | | |
|---|---|---|
| **Correspondent e-mail:** | matt@millermlaw.com tm@millermlaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 28, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 26, 2022 | SOU EXTENSION 2 GRANTED | 98765 |
| Apr. 26, 2022 | SOU EXTENSION 2 FILED | 98765 |
| Apr. 26, 2022 | TEAS EXTENSION RECEIVED | |
| Nov. 12, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 10, 2021 | SOU EXTENSION 1 GRANTED | 98765 |
| Nov. 10, 2021 | SOU EXTENSION 1 FILED | 98765 |
| Nov. 10, 2021 | TEAS EXTENSION RECEIVED | |
| May 11, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 16, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 16, 2021 | PUBLISHED FOR OPPOSITION | |
| Feb. 24, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 10, 2021 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66179 |
| Feb. 10, 2021 | ASSIGNED TO LIE | 66179 |
| Feb. 10, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 10, 2021 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 10, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 10, 2021 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 10, 2021 | EXAMINERS AMENDMENT -WRITTEN | 92449 |
| Feb. 07, 2021 | ASSIGNED TO EXAMINER | 92449 |

| Oct. 30, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| Sep. 25, 2020 | NEW APPLICATION ENTERED IN TRAM |

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

9/8/22, 2:25 PM