# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAYER FOREVER LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>AUSSIE BUBS, INC., et al.,<br><br>                              Defendants. | Case No. 22-cv-1385-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 6]** |

Pending before the Court is the parties' joint motion to extend Defendants' time to respond to the Complaint.  (ECF No. 6.)  The parties represent that Plaintiff's counsel re-served Defendants and agreed to an extension of Defendants' time to respond to the Complaint. (*Id.*) Having considered the parties' motion, the Court finds that the extension is appropriate.  Accordingly, the Court **ORDERS** Defendants to respond to the Complaint on or before November 11, 2022.

    **IT IS SO ORDERED.**


**DATED: October 25, 2022**

Hon. Cynthia Bashant
United States District Judge

22cv1385